■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES SIMS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARA CELIA GOLDEN, Relator, v. JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent.— Application for a writ of habeas corpus denied on the ground that the application fails to comply with the provisions of section 1234 of the Civil Practice Act. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ FLORENCE M. SELLET et al., Respondents, v. CITY OF YONKERS, Appellant, and JOHN SAMAL, Respondent.— Motion by plaintiffs to dismiss appeal of the defendant City of Yonkers, granted; appeal dismissed, without costs. The appeal is from an order of the Supreme Court, Westchester County, made February 7, 1961, denying a motion by said defendant for a rehearing or for reconsideration of plaintiffs' prior motion for a preference in trial which had been granted by an order of said court made on November 21, 1960. Since no new facts were actually presented on the second motion it was in fact one for reargument of the prior motion. An order denying a motion for reargument is not appealable (*Polito* v. *Town of Babylon*, 5 A D 2d 877). Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ SAMUEL W. TAYLOR, Appellant, v. EVELYN G. LEVKOFF et al., Respondents.— Motion by appellant to consolidate appeals from two orders of the Supreme Court, Kings County, dated March 29, 1961. Motion granted. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.